# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                  Case No. 13-10571

TEN THOUSAND ONE HUNDRED
NINETY FIVE DOLLARS AND SIXTY-
SEVEN CENTS IN U.S. CURRENCY
FROM COMERICA BANK ACCOUNT
NO. 1852648870,

     Defendant.

                                           /

## ORDER SUSPENDING FORMAL PROCEEDINGS AND
## SCHEDULING TELEPHONIC STATUS CONFERENCE

On April 18, 2013, during a scheduling conference, the parties informed the court

that they wished to pursue a settlement.  Issuing a scheduling order at this time is

therefore unwarranted.  Accordingly,

IT IS ORDERED that formal proceedings will be SUSPENDED for four weeks

while the parties continue with informal discovery and engage in settlement

negotiations.  The court will hold a telephonic status conference with the parties on **May**

**16, 2013, at 11:00 a.m.** to discuss setting a discovery schedule, unless the parties

inform the court before that date that a settlement has been reached.

                                     s/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated:  April 24, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 24, 2013, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522